# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald King,<br><br>    Plaintiff,<br><br>  vs.<br><br>Medicredit, Inc,<br><br>    Defendant. | Case No.: 3:16-cv-01278-JAH-BLM<br><br>**ORDER** |

Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED. This case is dismissed with prejudice, with each party shall bear its own attorneys' fees and costs.

Date: August 10, 2016

_____
Hon. John A. Houston
United States District Judge